IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ELLOYD JOHNSON, ) | |
|     ID # 840854, ) | |
|         Petitioner, ) | |
| vs. ) | No. 3:13-CV-2820-M |
| ) | |
| WILLIAM STEPHENS, Director, ) | |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
|         Respondent. ) | |

### RECOMMENDATION REGARDING IN FORMA PAUPERIS
### AND CERTIFICATE OF APPEALABILITY

Pursuant to 28 U.S.C. § 636(b) and *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* on appeal are automatically referred. Before the Court is the petitioner's *Application to Proceed In Forma Pauperis*, filed on November 2, 2015 (doc. 26), with a certificate of inmate trust account. Pursuant to Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c), it is recommended that:

**IFP STATUS:**

    ( **X** )    the party appealing be **DENIED** *in forma pauperis* status on appeal.

**REASONS FOR DENIAL:** The appeal is not taken in good faith for the reasons stated in the July 14, 2015 *Order Overruling Objections and Denying Motion for Free Copies Under 28 U.S.C. § 2250*.

**COA:**

    (**X**)    a Certificate of Appealability be **DENIED**.

**REASONS FOR DENIAL:** For the reasons stated in the July 14, 2015 *Order Overruling Objections and Denying Motion for Free Copies Under 28 U.S.C. § 2250*, the Court should find that the petitioner has failed to show that reasonable jurists would find "it debatable whether [this Court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484 (2000); *see* 28 U.S.C. § 2253(c)(2).

**DATED this 16th day of November, 2015.**

                                                               IRMA CARRILLO RAMIREZ
                                                              UNITED STATES MAGISTRATE JUDGE